IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 04-10010 |
| VIRGIL GOODMAN, JR., | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, Jerry R. Kitchen, and moves this Honorable Court for a continuance of the sentencing date and would state as follows:

Currently, this case is set for sentencing on May 24, 2005. From May 24, 2005 to May 27, 2005, the undersigned is scheduled to attend a Federal Prosecution course in Columbia, South Carolina.

I have conferred with counsel for the defendant and he is not opposed to this continuance.

WHEREFORE, premises considered, the United States requests the above continuance in order to allow the undersigned to attend the aforesaid training seminar.

**MOTION GRANTED**
DATE: 20 May 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/20/05

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: /s/ Jerry R. Kitchen

JERRY R. KITCHEN
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

CERTIFICATE OF SERVICE

I, JERRY R. KITCHEN, do hereby certify that I have this date delivered a true and exact copy of the foregoing motion to Jeff Mueller, Attorney-at-Law, P.O. Box 3146, Jackson, TN, 38303-3146.

This the _____ day of May 18, 2005.

/s/ Jerry R. Kitchen

JERRY R. KITCHEN
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 1:04-CR-10010 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT