

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) Cr. No. 04-10010-T |
| VIRGIL GOODMAN, JR, | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, Jerry R. Kitchen, and moves this Honorable Court for a continuance of the sentencing date and would state as follows:

Currently, this case is set for sentencing on June 17, 2005. Assistant United States Attorney Kitchen is scheduled to be out of the office on this date.

Defense counsel Jeff Mueller has been consulted regarding the continuance and does not object to the same.

WHEREFORE, premises considered, the United States requests a continuance to June 28, 2005, or a date determined by this Honorable Court.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/13/05

**MOTION GRANTED**
DATE: 10 June 2005

James D. Todd
U.S. District Judge

103

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
JERRY R. KITCHEN
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee  38301
(731) 422-6220

CERTIFICATE OF SERVICE

I, JERRY R. KITCHEN, do hereby certify that I have this date delivered a true and exact copy of the foregoing motion to:

Jeff Mueller
Mueller & Ellis
1289 North Highland Avenue
Jackson, TN 38305

This the 9th day of June, 2005.

_____
JERRY R. KITCHEN
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 1:04-CR-10010 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT